UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 18-2823

SHANE PRYCE,
Petitioner

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA

(Agency No. A056-059-647)

Present: AMBRO, PORTER and ROTH, Circuit Judges

1.  Motion filed by Respondent Attorney General United States of America to
    Amend the Court's Unpublished Opinion of February 18, 2021.

2.  Opposition to Respondent's Motion to Amend

Respectfully,
Clerk/tmm

_____ORDER_____
The foregoing motion and response are considered. Respondent's Motion to Amend is
**GRANTED**.

By the Court,

s/ Jane R. Roth
Circuit Judge

Dated: March 16, 2021
Tmm/cc: Alice E. Loughran, Esq.
Anna Stressenger, Esq.
Julie M. Iversen, Esq.
Jeffrey R. Meyer, Esq.